# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CF INDUSTRIES, INC. and CF INDUSTRIES SALES, LLC, § § § Plaintiffs, § § v. § § THE DEPARTMENT OF JUSTICE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, § § § § § Defendants. § | CIVIL ACTION NO. 6:14-cv-392 |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS
## CF INDUSTRIES, INC. AND CF INDUSTRIES SALES, LLC

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs CF Industries, Inc. and CF Industries Sales, LLC state that both are wholly owned subsidiaries of CF Industries Holdings, Inc., which is a publicly traded corporation.

| | |
|---|---|
| Dated:  September  25, 2014 | Respectfully submitted,<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br> /s/ Noelle M. Reed<br>   Noelle M. Reed<br>   State Bar No.  24044211<br>1000 Louisiana Street, Suite 6800<br>Houston, TX  77002-5026<br>Telephone:      (713) 655-5122<br>Facsimile:      (713) 483-9122<br>Email:  Noelle.Reed@Skadden.com<br><br>WALTERS BALIDO & CRAIN<br><br> /s/ Carlos A. Balido<br>   Carlos A. Balido<br>   State Bar No. 01631230<br>10440 North Central Expressway, 15th Fl.<br>Dallas, TX 75231<br>Telephone:      (214) 749-4805<br>Fax:                (214) 760-1670<br>Email:  carlos.balido@wbclawfirm.com<br><br>SHEEHY, LOVELACE & MAYFIELD, PC<br><br> /s/ John O'Herren<br>   John O'Herren<br>   State Bar No. 15236500<br>   Peter K. Rusek<br>   State Bar No. 17400400<br>510 N. Valley Mills Drive, Suite 500<br>Waco, TX 76710<br>Telephone:      (254) 772-8022<br>Fax:                (254) 772-9297<br>Email:  joh@slmpc.com<br>Email:  prusek@slmpc.com<br><br>**ATTORNEYS FOR PLAINTIFFS CF INDUSTRIES, INC. and CF INDUSTRIES SALES, LLC** |